UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-406-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| BRIAN FEWS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Conspiracy to Import Marijuana; Conspiracy to Distribute Marijuana;

Possession with Intent to Distribute Marijuana

<u>Date of Detention Hearing</u>:    June 16, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with a drug offense the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. The government alleges that the charges arose from the importation of large quantities of marijuana on numerous occasions from Canada by means of low flying helicopters entering United States airspace without permission. Defendant's alleged co-conspirator remains at large. The underlying conduct is alleged to have occurred in 2005 and the government contends that the defendant avoided travel from Canada to the United States out of fear of apprehension. The government proffers statements from alleged co-conspirators who contend that defendant worked for the UN Gang, a sophisticated drug dealing organization in British Columbia that has been linked to recent violent acts, and further proffers a group photograph from the funeral of a member of the UN Gang in which the defendant is shown.

3. Defendant has mental health problems for which he is under the care of a doctor and takes prescription medications.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>16th</u> day of June, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge